MARINER, Respondent, v. PATTEN, Appellant.

(137 N. W. 590.)

(Opinion filed October 1, 1912.)

On motion for rehearing. Former decision affirmed.

See 28 S. D. 163, 132 N. W. 685.

*Corrigan & Darling,* for Appellant.

*M. Moriarity,* for Respondent.

CORSON, J. This case is before us on rehearing. The ap-

peal was from a judgment entered in favor of the plaintiff against the defendant on a directed verdict. On the hearing of the appeal at a former term of this court, the judgment of the court below and order denying a new trial were reversed. The opinion in the case is reported in 132 N. W. 685. After a careful review of our decision, we are satisfied that the same was right, and that the judgment of the court below and order denying a new trial were properly reversed.

The judgment of the circuit court and order denying a new trial are reversed.

McCOY, P. J., and WHITING and SMITH, JJ., concur in the result.